UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA KWANE MOSELEY, )<br>) <br>           Plaintiff, )<br>) <br>   v. )<br>) <br>CITY OF CERES, ET.AL. )<br>) <br>           Defendant. )<br>) <br>_____) | 1:08-cv-00809 OWW GSA<br><br>ORDER DISMISSING ACTION |

     The parties in this matter having previously notified the court that a settlement had been reached in this matter.

     IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATE: 4/21/2010

                                            /s/ OLIVER W. WANGER
                                            OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE